

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WEST AMERICAN INSURANCE
COMPANY                                                                         PLAINTIFF

v.                                              CIVIL ACTION NO. 3:06CV286-HTW-JCS

SHIRLEY KEYS, HERTHERN KEYS, LEADCO
HOME IMPROVEMENTS, INC., DOUBLE "S"
CONSTRUCTION, INC., COMMUNITY HOME
FINANCIAL SERVICES, INC., DISCOUNT
MORTGAGE, INC., NEW SOUTH FEDERAL
SAVINGS AND LOAN, INC., AND
WILLIAM D. DICKSON                                                    DEFENDANTS

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on the Joint Motion of all parties, *Ore Tenus*, to Dismiss With Prejudice, and the parties having announced that these matters have been fully compromised and settled and that there remain no issues to be litigated by or between the parties, nor adjudicated or determined by the Court, and all parties have consented to the entry of this Agreed Order of Dismissal and agree that this action should be dismissed with prejudice, with each party to bear its own costs.

The Court being further advised in the premises finds that the Motion to dismiss this action, with prejudice, is well-taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDER AND ADJUDGED that the claims filed in this action be, and the same hereby are, dismissed with prejudiced with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 31st day of ~~December, 2006.~~ January, 2007

*Henry T. Wingate*

~~JAMES C. SUMNER~~

DISTRICT COURT ~~MAGISTRATE~~ JUDGE

**AGREED AND APPROVED BY:**

Civil Action No. 3:06-cv-286 HTW-JCS
Agreed Order of Dismissal with Prejudice

*[signature]*

ROBERT P. THOMPSON (MSB #8188)
W. SHAN THOMPSON (MSB #9445)
**COUNSEL FOR PLAINTIFFS**

*[signature]*

ROBERT H. WALKER (MSB #6890)
KEVIN A. ROGERS (MSB #101230)
**COUNSEL FOR COMMUNITY HOME
FINANCIAL SERVICES, INC.;
LEADCO HOME IMPROVEMENTS, INC.;
DOUBLE "S" CONSTRUCTION, INC.;
DISCOUNT MORTGAGE, INC.; and
WILLIAM D. DICKSON**

*[signature]*

ERIC TIEBAUER
**COUNSEL FOR HERTERN KEYS and
SHIRLEY KEYS**

*[signature]*

MICHAEL D. SIMMONS
**COUNSEL FOR NEW SOUTH FEDERAL
SAVINGS AND LOAN, INC.**

161710.1